ROBERT S. LARSEN, ESQ.
Nevada State Bar No. 7785
WING YAN WONG, ESQ.
Nevada State Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
Email: rlarsen@grsm.com
       wwong@grsm.com

Attorney for Defendant
*RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CITIBANK, N.A. AS INDENTURE TRUSTEE ON BEHALF OF THE HOLDERS OF BEAR STEARNS ARM TRUST 2007-2, MORTGAGE-BACKED NOTES, SERIES 2007-2, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC<br><br>Defendants. | CASE NO. 2:18-cv-00765-JCM-NJK<br><br>**STIPULATION TO EXTEND TIME FOR RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**(First Request)** |

**STIPULATION TO EXTEND TIME FOR RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION TO RESPOND TO COMPLAINT (ECF No. 1)**

**(First Request)**

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, the parties, by and through their attorneys of record, stipulate as follows:

1. This is the first stipulation for extension of time to allow Defendant Rancho Las Brisas Master Homeowners Association ("Rancho Las Brisas") to respond to the complaint filed by Plaintiff Citibank, N.A., as Indenture Trustee on Behalf of the Holders of Bear Stearns Arm Trust 2007-2, Mortgage-Backed Notes, Series 2007-2 ("Citibank") (ECF No. 1).

2. Citibank filed a Complaint against Rancho Las Brisas on April 26, 2018.

3. On information and belief, service of process was completed on Rancho Las Brisas on May 8, 2018, making its response to the Complaint due on May 29, 2018.

4. Rancho Las Brisas has recently retained counsel and now requires additional time to prepare a response to the Complaint.

5. Therefore, the parties agree to extend Rancho Las Brisas' deadline to respond to the Complaint to June 19, 2018.

DATED: May 23, 2018.

ZIEVE, BRODNAX & STEELE, LLP

/s/ J. Stephen Dolembo
Shadd A. Wade , Esq.
Nevada Bar No. 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
*Attorney for Plaintiff*

DATED: May 23, 2018.

GORDON REES SCULLY MANSUKHANI, LLP

/s/ Wing Yan Wong
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 South Fourth Street Suite 1550
Las Vegas, NV 89101
*Attorney for Defendant Rancho Las Brisas Master Homeowners Association*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 24, 2018

8011106/38517788v.1

-2-