ROBERT S. LARSEN, ESQ.
Nevada State Bar No. 7785
WING YAN WONG, ESQ.
Nevada State Bar No. 13622
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
Email: rlarsen@grsm.com
        wwong@grsm.com

*Attorney for Defendant*
*RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CITIBANK, N.A. AS INDENTURE TRUSTEE ON BEHALF OF THE HOLDERS OF BEAR STEARNS ARM TRUST 2007-2, MORTGAGE-BACKED NOTES, SERIES 2007-2, a national bank, <br><br> Plaintiff, <br><br> vs. <br><br> RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC <br><br> Defendants. | CASE NO. 2:18-cv-00765-JCM-NJK <br><br> **STIPULATION AND ORDER TO DISMISS DEFENDANT RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff CITIBANK, N.A. AS INDENTURE TRUSTEE ON BEHALF OF THE HOLDERS OF BEAR STEARNS ARM TRUST 2007-2, MORTGAGE-BACKED NOTES, SERIES 2007-2 (hereinafter "Citibank") and Defendant RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION (hereinafter "Rancho Las Brisas"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1.      On April 26, 2018, Plaintiff Citibank filed its Complaint in this action naming Las Brisas and SFR Investments Pool 1, LLC as defendants related to a homeowners association foreclosure sale of real property located at 4826 Willow Glen Drive, Las Vegas, Nevada 89147; APN 163-21-419-011 (hereinafter "Property").

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1      2.      The Parties hereby agree that Citibank's claims against Rancho Las Brisas shall

2   be dismissed with prejudice, and Citibank and Rancho Las Brisas shall each bear its own costs

3   and fees related to this litigation.

4      3.      The Parties further agree that Rancho Las Brisas does not take a position

5   regarding whether the December 11, 2013 lien foreclosure sale extinguished Citibank's interest

6   in the deed of trust.

7      4.      Rancho Las Brisas asserts that it does not have a current interest in title to the

8   Property, subject to the continuing encumbrance of the CC&Rs.

9      5.      This dismissal does not affect any rights, claims or defenses of Citibank or

10  Rancho Las Brisas with respect to any other party related to the foreclosure sale of the Property.

11      **IT IS SO STIPULATED.**

12  DATED: May 25, 2018.                         DATED: May 25, 2018.

13  **ZIEVE, BRODNAX & STEELE, LLP**          GORDON REES SCULLY
                                             MANSUKHANI, LLP
14

15  */s/ J. Stephen Dolembo*_____              */s/ Wing Yan Wong*_____
    Shadd A. Wade , Esq.                        Robert S. Larsen, Esq.
16  Nevada Bar No. 11310                        Nevada Bar No. 7785
    J. Stephen Dolembo, Esq.                    Wing Yan Wong, Esq.
17  Nevada Bar No. 9795                         Nevada Bar No. 13622
    3753 Howard Hughes Pkwy., Ste. 200          300 South Fourth Street Suite 1550
18  Las Vegas, NV 89169                         Las Vegas, NV 89101
    *Attorney for Plaintiff*                    *Attorney for Defendant Rancho Las Brisas*
                                             *Master Homeowners Association*
19

20

21                              **ORDER**

22      Based on the foregoing stipulation, and good cause appearing,

23      **IT IS ORDERED** that Defendant Rancho Las Brisas Master Homeowners Association is

24  hereby dismissed from this case with prejudice.

25      **IT IS FURTHER ORDERED** that Rancho Las Brisas has no present interest in title to

26  the Property, subject to the continuing encumbrance of the CC&Rs.

27      **IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and

28  costs.

**IT IS FURTHER ORDERED** that this dismissal does not affect any rights, claims or defenses of Citibank or Rancho Las Brisas with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO ORDERED.**

DATED May 30, 2018.

_Jenns C. Mahan_

UNITED STATES DISTRICT JUDGE

8011106/38517054v.1

-3-