# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CITIBANK, N.A.,

    Plaintiff(s),

v.

RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION, et al.,

    Defendant(s).

Case No.: 2:18-cv-00765-JCM-NJK

**Order**

Pending before the Court is a demand for security of costs, Docket No. 12, which is hereby **GRANTED** as unopposed, Local Rule 7-2(d). A cost bond shall be posted within seven days of the issuance of this order.

IT IS SO ORDERED.

Dated: June 15, 2018

_____
Nancy J. Koppe
United States Magistrate Judge