# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CITIBANK, N.A., | Case No.: 2:18-cv-00765-JCM-NJK |
|       Plaintiff(s), | |
| | **Order** |
| v. | [Docket No. 26] |
| RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION, et al., | |
|       Defendant(s). | |

Pending before the Court is a stipulation to extend the dispositive motion deadline. Docket No. 26. The Court generally disfavors setting floating deadlines contingent on future events, and will instead set deadlines with calendar dates. *Cf.* Local Rule 26-1(b)(4) (a discovery plan "must state the calendar date on which dispositive motions are due"). The Court does find good cause for an extension, however. Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part. The dispositive motion deadline is hereby **SET** for February 19, 2019, and the joint proposed pretrial order deadline is hereby **SET** for March 21, 2019, or 30 days after resolution of dispositive motions.

IT IS SO ORDERED.

Dated: December 17, 2018

_____
Nancy J. Koppe
United States Magistrate Judge