UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CITIBANK, N.A., | Case No. 2:18-CV-765 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Citibank, N.A. v. Rancho Las Brisas Master Homeowners Association et al.*, case number 2:18-cv-00765-JCM-NJK. On September 10, 2019, the court granted defendant SFR Investment Pools 1, LLC's ("SFR") motion for summary judgment. (ECF No. 48). On February 26, 2020, the court dismissed SFR's crossclaims pursuant to SFR's notice of voluntary dismissal. (ECF Nos. 51; 52). No claims remain pending in this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that SFR shall file a proposed judgment within seven (7) days of this order.

DATED February 28, 2020.

                                                            /s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**